No. 74–5428.  WATERS v. ESTELLE, CORRECTIONS DI-
RECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–5440.  DAVIS v. CALIFORNIA.  Ct. App. Cal.,
4th App. Dist.  Certiorari denied.

No. 73–1832.  CIRILLO ET AL. v. UNITED STATES;
No. 73–1837.  LILIENTHAL v. UNITED STATES;
No. 73–1859.  SORRENTINO ET AL. v. UNITED STATES;
and
No. 73–1987.  VENETUCCI v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.  Reported below: 499 F. 2d 872.

No. 74–104.  IN RE PORTER.  Sup. Ct. Ore.  Certiorari
denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–118.  BISHOP, ADMINISTRATOR v. HENDRICKS.
C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS
would grant certiorari.

No. 74–139.  KITCHENS v. MISSISSIPPI.  Sup. Ct.
Miss.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 74–154.  MARTINEZ v. UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 74–219.  TOLIVER v. UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 74–232.  VIGORITO ET AL. v. UNITED STATES.  C. A.
2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.